UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
PAMELA CARTER BEVERIDGE                    CASE NO. 20-10592
627 STIERS STREET                          JUDGE BENJAMIN A. KAHN
REIDSVILLE, NC  27320

    DEBTOR

SSN(1) XXX-XX-3241                         DATE:  02/25/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ACCESS ONE MED CARD<br>P O BOX 410806<br>CHARLOTTE, NC  28241 | $0.00<br>INT:  .00%<br>NAME ID:  169420<br>CLAIM #:  0004 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ACCESS ONE MED CARD<br>P O BOX 410806<br>CHARLOTTE, NC  28241 | $0.00<br>INT:  .00%<br>NAME ID:  169420<br>CLAIM #:  0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ACCESS ONE MED CARD<br>P O BOX 410806<br>CHARLOTTE, NC  28241 | $0.00<br>INT:  .00%<br>NAME ID:  169420<br>CLAIM #:  0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BANK OF AMERICA NA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $2,448.70<br>INT:  .00%<br>NAME ID:  173370<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT:  4613<br>COMMENT: |
| CHASE CARD SERVICES<br>P O BOX 15298<br>WILMINGTON, DE  19850-5298 | $0.00<br>INT:  .00%<br>NAME ID:  63731<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:  4672<br>COMMENT:  AMAZON |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID:  137686<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST CITIZENS BANK & TRUST CO<br>ATTN RECOVERY DEPT<br>P O BOX 28203<br>RALEIGH, NC  27611-8203 | $6,879.93<br>INT:  .00%<br>NAME ID:  165132<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT:  8712<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID:  123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:  3241<br>COMMENT:  OC |

PAGE 2 - CHAPTER 13 CASE NO. 20-10592

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 3241<br>COMMENT: OC |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $6,432.10<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 0711<br>COMMENT: |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT: .00%<br>NAME ID: 174473<br>CLAIM #: 0014 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT: .00%<br>NAME ID: 877<br>CLAIM #: 0003 | (S) SECURED<br>AMENDED<br>ACCT: TXS<br>COMMENT: 221OR DIRECT |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $137.33<br>INT: .00%<br>NAME ID: 182990<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| WELLS FARGO BANK<br>WELLS FARGO SERVICING CENTER<br>P O BOX 94423<br>ALBUQUERQUE, NM  87199 | $4,744.17<br>INT: .00%<br>NAME ID: 124360<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 3674<br>COMMENT: |
| WELLS FARGO BANK NA<br>% WELLS FARGO CARD SERVICES<br>P O BOX 9210<br>DES MOINES, IA  50306 | $17,893.96<br>INT: .00%<br>NAME ID: 43374<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 3258<br>COMMENT: |
| **TOTAL:** | **$38,588.19** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  02/25/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice